

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-17-00023-CR

_____

JOSE LUIS BARBOZA, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1440597D; Honorable Wayne F. Salvant, Presiding

June 7, 2017

## ORDER DIRECTING COUNSEL TO PROVIDE
## APPELLATE RECORD IN ANDERS APPEAL

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Jose Luis Barboza, Jr., was convicted of aggravated assault causing

serious bodily injury[1] and assault against a family or household member, enhanced by a

_____

[1] TEX. PENAL CODE ANN. § 22.02(a)(1) (West 2011).

prior conviction of that offense.[2]  He was sentenced to 99 years imprisonment for each conviction with the sentences to run concurrently.  Appellant appeals the judgments.

On May 19, 2017, Appellant's court-appointed counsel filed a motion to withdraw, supported by a brief filed in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), wherein counsel represented that Appellant's appeal was frivolous.  Counsel provided a copy of the motion to withdraw and *Anders* brief to Appellant and advised him of his right to file a *pro se* response.  Counsel also advised Appellant of his right to personally review the appellate record in order to determine whether to file a response and provided him a form motion for access to the appellate record.  *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant's *pro se* response to the *Anders* brief is due on June 21, 2017.

Now pending before this court is *Appellant's Motion for Pro Se Access to the Appellate Record* filed on May 31, 2017, requesting that this court provide Appellant a copy of the appellate record.  We deny the motion.  Instead, consistent with our previous orders, we order Appellant's counsel to prepare and deliver to Appellant, by whatever means reasonable and necessary, a readily accessible copy of the appellate record on or before June 19, 2017.  *See Weatherly v. State,* No. 07-16-00189-CR, 2016 Tex. App. LEXIS 13406, at *2-3 (Tex. App.—Amarillo Dec. 15, 2016, order) (per curiam) (not designated for publication) (reciting this court's prior orders doing same).  Because Appellant is indigent, any cost associated with providing an accessible appellate record should be submitted to the trial court for payment.  Counsel is further directed to certify to this court, in writing, on or before that date, that he has complied with this order.

---

[2] TEX. PENAL CODE ANN. § 22.01(a), (b)(2)(A) (West Supp. 2016).

Appellant's *pro se* response, should he desire to file one, is due on or before July 21, 2017.

It is so ordered.

Per Curiam

Do not publish.